# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARSHALL PARKE,<br><br>    Defendant. | Case No. 3:18-cr-00098-02-SLG-SAO |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 542. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Scott A. Oravec by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Counts 4 and 5 of the Indictment, Possession with Intent to Distribute and Money Laundering Conspiracy which are violations of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 1956(h). Defendant admitted to facts supporting application of the penalties contained in 21 U.S.C. § 841(b)(1)(C) and also admitted to the Criminal Forfeiture Allegation.

Judge Oravec issued a Final Report and Recommendation at Docket 547, in which he recommended that the District Court accept Defendant's pleas of guilty

to Counts 4 and 5 of the Indictment, accept Defendant's admission to facts supporting application of the penalties contained in 21 U.S.C. § 841(b)(1)(C), and accept Defendant's admission to the Criminal Forfeiture Allegation. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's pleas of guilty to Counts 4 and 5 of the Indictment and Defendant is adjudged GUILTY of Counts 4 and 5. The Court also ACCEPTS Defendant's admission to facts supporting application of the penalties contained in 21 U.S.C. § 841(b)(1)(C) and to Defendant's admission to the Criminal Forfeiture Allegation. An Imposition of Sentence hearing has been scheduled for **June 14, 2023, at 2:00 p.m.** before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 30th day of March, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:18-cr-00098-02-SLG-SAO, *United States v. Parke*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:18-cr-00098-SLG-SAO   Document 548   Filed 03/30/23   Page 2 of 2